IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON


ANDY JOSEPH HAHN,                          06-CV-457-JE

          Petitioner,

                                           ORDER

v.

SHARON BLACKETTER,

          Respondent.


**STEVEN T. WAX**
Federal Public Defender
**ANTHONY D. BORNSTEIN**
Assistant Federal Public Defender
101 S.W. Main Street
Suite 1700
Portland, OR 97204
(503) 326-2123

          Attorneys for Petitioner

**HARDY MYERS**
Oregon Attorney General
**JONATHAN W. DIEHL**
Assistant Attorney General
Oregon Department of Justice
1162 Court Street, N.E.
Salem, OR 97301-4096
(503) 947-4700

          Attorneys for Respondent


1 - ORDER

**BROWN, Judge.**

Magistrate Judge John Jelderks issued Findings and Recommendation (#36) on February 26, 2008, in which he recommended the Court deny Petitioner Andy Joseph Hahn's Petition for Writ of Habeas Corpus (#2) pursuant to 28 U.S.C. § 2254 and enter a judgment dismissing this matter with prejudice. Petitioner filed timely objections to the Findings and Recommendation.  The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

When any party objects to any portion of the Magistrate Judge's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report.  28 U.S.C. § 636(b)(1).  *See also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*); *United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988).

In his Objections, Petitioner reiterates the arguments contained in his Petition.  This Court has carefully considered Petitioner's Objections and concludes they do not provide a basis to modify the Findings and Recommendation.  The Court also has reviewed the pertinent portions of the record *de novo* and does not find any error in the Magistrate Judge's Findings and Recommendation.

<u>**CONCLUSION**</u>

The Court **ADOPTS** Magistrate Judge Jelderks's Findings and Recommendation (#36) and, accordingly, **DENIES** the Petition for Writ of Habeas Corpus (#2) pursuant to 28 U.S.C. § 2254 and **DISMISSES** this matter **with prejudice**.

IT IS SO ORDERED.

DATED this 22nd day of April, 2008.


/s/ Anna J. Brown
_____
ANNA J. BROWN
United States District Judge


3 - ORDER